UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN R. VAN ORDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV00940 ERW |
| ) | |
| ALLEN BLAKE, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff's Motion for Reconsideration [doc. #81]. On January 20, 2009, the Court granted Allan Blake and the Missouri Department of Mental Health (collectively, "Defendants") costs in the amount of $310.25. This sum represented the money spent for fees of the court reporter, and the Court found that the transcript was necessarily obtained for use in this case.

Plaintiff now asks that the Court reconsider this award. He states that he is filed this lawsuit in forma pauperis, and only receives $10 a month. However, "costs shall be allowed as[a matter] of course to the prevailing party" and "may be taxed against an inmate to whom the court has granted in forma pauperis status." *Murphy v. Jones*, 801 F.Supp. 283, n.8 (E.D. Mo. 1992).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration [doc. #81] is **DENIED.**

Dated this 27th Day of February, 2009.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE